**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

vs.                                     **CASE NO.: 4:04-CR-048-SPM**

**LARRY VICTOR REEVES,**

       **Defendant.**

_____/

**ORDER DENYING MOTION FOR RELEASE ON BOND PENDING APPEAL**

       **THIS CAUSE** comes before the Court upon the "Motion for Bond Pending Appeal" (doc. 58) filed January 27, 2006, in which Defendant requests to be released on bond pending appeal pursuant to 18 U.S.C. § 3143(b), which requires a presumption of detention unless the presiding judicial officer finds

> (A) by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released under section 3142(b) or (c) of this title; and
> (B) that the appeal is not for the purpose of delay and raises a substantial question of law or fact likely to result in--
> (i) reversal,
> (ii) an order for a new trial,
> (iii) a sentence that does not include a term of imprisonment, or
> (iv) a reduced sentence to a term of imprisonment less than the total of the time already served plus the expected duration of the appeal process.

       Defendant previously filed a motion for release on bond pending appeal (doc. 51), which was denied (doc. 52). The instant motion rehashes the same arguments already made but adds that he is a low flight risk because he was a

volunteer firefighter, received an honorable discharge from the United States Army, is on "low custody" status at his institution, and "has good standing with his family and the community and has no violence in his past history" (doc. 58 at 2).

This "new" information does not meet the elements set out in 18 U.S.C. § 3143(b), and Defendant has not shown any of the factors listed in the statute by clear and convincing evidence.  Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion for Bond Pending Appeal (doc. 58) is hereby *denied*.

**DONE AND ORDERED** this   first   day of February, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao